TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYMOND K. WOO
Assistant United States Attorney
Arizona State Bar No. 023050
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raymond.Woo@usdoj.gov
*Attorneys for Plaintiff*

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Marshal Wayne Plummer,<br><br>   Defendant. | No.  CR-25-01411-PHX-MTL (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 875(c)<br>(Interstate Threat)<br>Counts 1-4 |

**THE GRAND JURY CHARGES:**

<u>**BACKGROUND**</u>

1. Defendant Marshal Wayne Plummer ("PLUMMER") resides in Phoenix, Arizona. PLUMMER is an active user of the "X" social media platform and posted under the names of "PrepperBeeNet," "Cybersurfer79," and others.

2. Between June 2024 and July 2024, PLUMMER posted threats on X to harm foreign officials or their family members, people of Jewish faith, and a State Representative.

3. On June 4, 2024, PLUMMER posted: "@[PERSON-1] You should come to Arizona so I can bust your mouth open for ya," on his X account "@cybersurfer79." As a result of PLUMMER's post, X locked PLUMMER's "@cybersurfer79" account for violating its rules against violent speech.

4. On June 11, 2024, PLUMMER created a new a new X account in the name of "@prepperbeenet."

5. On June 20, 2024, PLUMMER posted: "@[PERSON-1] He was IDF so he got what he deserved you silly child killing zionist. Not only is it deserved, it's fucking hilarious. Soon we will be dragging you child predators from your homes. Be it's not ME that has him hostage. I would force feed him his family's remains." As a result of PLUMMER's post, X again locked PLUMMER's "@cybersurfer79" account for violating its rules against violent speech.

6. On June 20, 2024, an X user posted: "!!Breaking: Palestinian prisoner released from Israeli jail shows severe mental health issues. This is crimes against humanity." In response, and at approximately 1:59 p.m., PLUMMER posted the following threat to harm people of Jewish faith through his "@prepperbeenet" X account: "Calling all TRUE Americans! It's open season on Zionists! Do not grant them the mercy you would a rabid wolf. ERADICATE THEM!!!!!!"

7. On June 24, 2024, a Foreign Head of State commented on X about kidnapped victims held by a designated foreign terrorist organization. In response, PLUMMER used his "@prepperbeenet" X account to post the following threat to harm the Foreign Head of State's son: "We The People here in America have a DUTY to track down [Foreign Head of State]'s son who is hiding here in America, and neutralize him."

8. On July 9, 2023, a Foreign Government Official posted on X that "Citizens who neutralize terrorists will no longer have their weapon confiscated…" In response, PLUMMER used his "@prepperbeenet" X account to post the following threat to harm the official on June 30, 2024: "If I ever see you in America, you will not see the next day."

9. On April 15, 2023, a State Representative posted a comment on X about carrying concealed firearms. In response, PLUMMER used his "@prepperbeenet" X account to post a threat to harm the State Representative on July 10, 2024. Specifically, PLUMMER posted: "I am a BIG supporter of 2A. That being said, if I *EVER* see your pedophile ass, you won't see the next day, you got me boy?"

## COUNT 1

**(Interstate Threat)**

10. The allegations contained in paragraphs 1 through 9 are realleged and incorporated herein as if fully set forth in this paragraph.

11. On or about June 20, 2024, in the District of Arizona and elsewhere, the defendant, MARSHAL WAYNE PLUMMER, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure people of Jewish faith, by posting the following on X: "Calling all TRUE Americans! It's open season on Zionists! Do not grant them the mercy you would a rabid wolf. ERADICATE THEM!!!!!!"

12. PLUMMER made the threat with the intent to communicate a true threat, with knowledge his message would be viewed as a true threat, and with recklessness as to whether the communication would be viewed as a true threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

**(Interstate Threat)**

13. The allegations contained in paragraphs 1 through 9 are realleged and incorporated herein as if fully set forth in this paragraph.

14. On or about June 24, 2024, in the District of Arizona and elsewhere, the defendant, MARSHAL WAYNE PLUMMER, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the son of Foreign Head of State, by posting the following on X: "We The People here in America have a DUTY to track down [Foreign Head of State]'s son who is hiding here in America, and neutralize him."

15. PLUMMER made the threat with the intent to communicate a true threat, with knowledge his message would be viewed as a true threat, and with recklessness as to whether the communication would be viewed as a true threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3

**(Interstate Threat)**

16. The allegations contained in paragraphs 1 through 9 are realleged and incorporated herein as if fully set forth in this paragraph.

17. On or about June 30, 2024, in the District of Arizona and elsewhere, the defendant, MARSHAL WAYNE PLUMMER, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure Foreign Government Official, by posting the following on X: "If I ever see you in America, you will not see the next day."

18. PLUMMER made the threat with the intent to communicate a true threat, with knowledge his message would be viewed as a true threat, and with recklessness as to whether the communication would be viewed as a true threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4

**(Interstate Threat)**

19. The allegations contained in paragraphs 1 through 9 are realleged and incorporated herein as if fully set forth in this paragraph.

20. On or about July 10, 2024, in the District of Arizona and elsewhere, thedefendant, MARSHAL WAYNE PLUMMER, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure a State Representative, by posting the following on X: "I am a BIG supporter of 2A. That being said, if I *EVER* see your pedophile ass, you won't see the next day, you got me boy?"

///

///

///

21. PLUMMER made the threat with the intent to communicate a true threat, with knowledge his message would be viewed as a true threat, and with recklessness as to whether the communication would be viewed as a true threat.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_/s/_
FOREPERSON OF THE GRAND JURY
Date: October 14, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_s/ Raymond K. Woo_
RAYMOND K. WOO
Assistant U.S. Attorney