

U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square            Main:     (602) 514-7500
40 N. Central Ave., Suite 1800    Main Fax: (602) 514-7693
Phoenix, AZ 85004-4449

October 14, 2025

Honorable Krissa M. Lanham
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 523
401 W. Washington Street, SPC 48
Phoenix, Arizona 85003

    Re:    *United States v. Marshal Wayne Plummer*
           USAO No. 2024R08617
           Court No. CR-25-01411-PHX-MTL (ASB)

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

   OCT 1 4 2025

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ Z DEPUTY
```

Dear Judge Lanham:

    This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that:

☐ **A CONFLICT MAY EXIST**

    ☐    The case or matter was in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division (**February 13, 2015, through June 2, 2024**).

    ☐    My review of the file indicates that you had direct involvement in this case or matter, including in an advisory capacity, while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**September 27, 2009, through June 2, 2024**).

☒ **NO PROBABLE CONFLICT**

    ☒    My review of the file and/or court docket indicates (1) you did not have direct involvement in this case or matter, and (2) the case or matter was not in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division.

                                              Sincerely,

                                             TIMOTHY COURCHAINE
                                             United States Attorney
                                             District of Arizona

                                             */s/ Raymond K. Woo*

                                             RAYMOND K. WOO
                                             Assistant United States Attorney

RKW/amg2