TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYMOND K. WOO
Arizona State Bar No. 023050
BRUCE R. VAN BAREN
Illinois State Bar No. 6310375
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raymond.Woo@usdoj.gov
Email: Bruce.Van.Baren@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>          v.<br><br>Marshal Wayne Plummer,<br><br>                    Defendant. | Case No. CR-25-01411-PHX-MTL (ASB)<br><br>**JOINT PROPOSED JURY<br>QUESTIONNAIRE** |

Plaintiff United States of America and Defendant Marshal Wayne Plummer submit the following Joint Proposed Jury Questionnaire, pursuant to Rule 24 of the Federal Rules of Criminal Procedure and the Court's Minute Entry (Doc. 14), and Order Setting Final Pretrial Conference (Doc. 15), both of which the Court entered on November 17, 2025.

Respectfully submitted this 3rd day of April 2026,

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Bruce R. Van Baren*
RAYMOND K. WOO
BRUCE R. VAN BAREN
Assistant United States Attorneys

1. **Statement of the Case** [Read the Parties' Joint Statement of Case]

    a. Have any of your heard anything about this case from any source?

    b. Given this brief description of the facts in the case, is there anything about this case that would cause you to believe that you could not consider the evidence presented fairly and impartially according to the law?

2. **Court and Staff** [Introduce Self, Courtroom Deputy, Court Reporter, and Clerks]

    a. Do any of you know me on any basis—social, professional, or otherwise?

    b. Do any of you know my staff on any basis—social, professional, otherwise?

3. **Government** [Introduce AUSAs, FBI Special Agent, and any other Staff]

    a. Do any of you know the Assistant U.S. Attorneys or any of the staff in their office on any basis—social, professional, or otherwise?

    b. Do any of you know the FBI Special Agent who is the case agent for this case on any basis—social, professional, or otherwise?

4. **Defense** [Introduce Defendant, AFPDs, Paralegal, and any other Staff]

    a. Do any of you know the defendant, Marshal Wayne Plummer, or any of his family members on any basis—social, professional, or otherwise?

    b. Do any of you know the Assistant Federal Public Defenders or any of the staff in their office on any basis—social, professional, or otherwise?

5. **Witnesses** [Read Joint Proposed Witness List]

    a. Do any of you know or think you might know any of these witnesses?

6. **Jurors**

    a. Did any of you know each other prior to coming to court this morning?

7. **Burden**

    a. This is a criminal case which the United States must prove beyond a reasonable doubt—which means proof that leaves you firmly convinced of the defendant's guilt. In a civil case, the burden of proof is preponderance of the evidence, which is a lower standard that means more likely than not.

Would any of you have difficulty in holding the United States to the higher burden of proof of proof beyond a reasonable doubt? If so, please explain.

b. If the United States meets its burden of proof in this case, would any of you nevertheless have difficulty finding a person guilty because of your own personal beliefs or attitudes about convicting someone, or because of sympathy for a defendant's personal circumstances or conditions, or merely because it might be an unpleasant thing to do? If so, please explain.

8. **Law**

a. I will instruct you on the law at the conclusion of this case. If you are selected as a juror, you will take an oath to follow the law. Do any of you think that you might not be able to follow the law if you disagree with it?

b. Here are some fundamental principles of law that apply in this case:

    i. The fact that a federal grand jury has returned an indictment against the defendant raises no presumption whatsoever of his guilt.

    ii. The defendant does not have any obligation to testify or to produce any evidence at trial, and you may not draw an adverse inference if the defendant exercises his constitutional right not to testify at trial.

    iii. The defendant is presumed to be innocent unless and until the U.S. government proves his guilt beyond a reasonable doubt at trial.

    iv. You must wait until all the evidence has been presented at trial before making up your mind as to the guilt or innocence of the defendant.

Does anyone believe they would have any difficulty following all of these principles of law if selected as a juror in this case? If so, please explain.

9. **Evidence**

a. Would any of you have trouble rendering a verdict based solely on the evidence presented during the trial, setting aside any personal beliefs, opinions, experiences, or biases you might have? If so, please explain.

3

10. **<u>Impartiality</u>**

    a. Do any of you have feelings either for or against either party?

    b. Do any of you have feelings about this case that would make it so you could not be fair and impartial in this matter? If so, please explain why.

    c. If there are any matters that you would like to discuss privately that may affect your ability to be fair and impartial, please let the Court know.

11. **<u>Hardship</u>**

    a. Ladies and gentlemen, we recognize that jury service is probably an inconvenience for you, taking you away from your jobs and families and disrupting your daily routine. Jury service is, however, one of the most important duties that citizens of this country can perform. For this reason, from time to time, we ask citizens to make sacrifices to serve on juries, even when it is inconvenient to them. Prospective jurors can be excused from jury service if the length of the trial, or the daily schedule, would impose undue hardship. By undue hardship I mean more than inconvenience. I mean genuine hardship that you or your family would experience. This case is expected to take four days. Would the anticipated length of this trial create any undue hardship for any of you? If so, please explain why.

    b. I expect to conduct trial on the following dates and times: Tuesday through Friday, starting at ___ a.m. and ending at ___ p.m. each day. Would this schedule create undue hardship for any of you? If so, please explain why.

    c. Do any of you have any other reason whatsoever, such as physical difficulty, health problem, or personal problem that might interfere with your ability to serve as a fair and impartial juror in this case? If so, please explain why.

12. **<u>Victims</u>**

    a. Have you or any of your family ever been the victim of a crime? For purposes of this question and all later questions, family members include

brothers, sisters, parents, and children (related by blood, marriage, or adoption), and anyone else with whom you live.

    i.  If so, please explain what the incident was, what law enforcement investigated, whether you had to make a statement, whether anyone was charged, and whether anyone was convicted?

    ii.  Is there anything about this experience that would prevent you from being fair and impartial if selected as a juror in this case?

13.   **Convictions**

    a.  Have you or any of your family members ever been convicted or acquitted of a crime (other than a traffic offense)?

        i.  If so, who, what offense, and what was the outcome of the case?

        ii.  Is there anything about this experience that would prevent you from being fair and impartial if selected as a juror in this case?

14.   **Criminal Justice**

    a.  Have you or any of your family members ever had a negative experience with the criminal justice system that has left you with strong negative feelings about the criminal justice system, including about judges, prosecutors, or defense attorneys? If so, please explain. Do you believe that your opinions about the criminal justice system would impact your ability to be fair and impartial if selected as a juror in this case?

15.   **Government**

    a.  Have you or any of your family ever had a negative experience with the government, such as an investigation, a tax audit, a contract dispute, an immigration matter, or any other matter, that has left you with strong negative feelings towards the government? If so, please explain. Do you believe that your opinions about the government would impact your ability to be fair and impartial if selected as a juror in this case?

5

16. <u>**Law Enforcement**</u>

    a. There may be witnesses called during this trial who are members of law enforcement, including agents from the Federal Bureau of Investigation ("FBI"). Do any of you feel that the testimony by members of law enforcement should be given greater or lesser weight solely because of their status as law enforcement officers?  If so, please explain.

    b. Have any of you or your family members had a negative experience with any law enforcement agency, such as the FBI, IRS, ICE, border patrol, or state or local police, that has left you with negative feelings towards law enforcement? If so, please explain who it was and what happened. Do you believe that your negative feelings towards law enforcement would impact your ability to be fair and impartial if selected as a juror in this case?

    c. Do any of you or your family members have any strong opinions about the FBI, its existence, or any actions that it or any of its agents or other personnel have taken? If so, please explain those opinions and the basis for them. Do you believe that your opinions about the FBI would impact your ability to be fair and impartial if selected as a juror in this case?

17. <u>**Speech**</u>

    a. Do any of you believe that any and all speech whatsoever, including any and all social media posts, comments on news articles, or other internet posts, should be protected under the First Amendment? If so, please explain. Do you believe that your interpretation of the First Amendment would impact your ability to be fair and impartial if selected as a juror in this case?

    b. This case allegedly involves threats to injure made online and not in person. Do any of you have feelings about online threats to injure that would impact your ability to be fair and impartial if selected as a juror in this case?

    c.  Have any of you or your family members felt threatened or harassed online? If so, please explain. Is there anything about that experience that would impact your ability to be fair and impartial if selected as a juror in this case?

    d.  Do any of you have feelings about social media that would impact your ability to be fair and impartial if selected as a juror in this case? If so, please explain.

18.   **Israel**

    a.  Do any of you or your family members have any feelings about Israel, Jewish people, people of Jewish faith, Palestinians, or people of Muslim faith? If so, please explain. Do you believe that these feelings would prevent you from being fair and impartial if selected as a juror in this case?

    b.  This case involves negative views of Zionism, which is a movement that advocates for an independent state for people of Jewish faith. Is there anything about such a viewpoint that would prevent you from being fair and impartial if selected as a juror in this case?

    c.  Do any of you have feelings about Israeli Prime Minister Benjamin Netanyahu or Israeli Minister of National Security Itamar Ben-Gvir. If so, please explain. Do you believe that these feelings would prevent you from being fair and impartial if selected as a juror in this case?

19.   **Background**

    a.  We have up here on the monitor some general background questions for each of you. Please stand and answer the questions as we call you.

        i.  Juror Number (Please state the juror number you were assigned)

       ii.  City of Residence and Length of Time at Residence

     iii.  Marital Status (Please advise whether married, divorced, single, etc.)

     iv.  Education (Please provide any degrees earned and major(s))

      v.  Number of Children (Please provide ages if under 18)

7

     vi.  Current and Former Jobs of You and Your Spouse (If retired, what was your occupation? If self-employed, what type of business?)

    vii.  Civil, Social, Fraternal, Union, or Professional Organizations (Please identify them and state whether you held any offices in them)

   viii.  Bumper Stickers (Please provide those on your vehicle)

    ix.  Military Service (Please provide branch and dates of service)

     x.  Prior Jury Service (Please state if the case was criminal or civil, the approximate dates of the trial, the nature of the case, and outcome)

**20.**   **Follow-Up**

a. Does anyone have any other reason whatsoever that will preclude you from serving as a fair and impartial juror in this case? And once again, if there are any matters that you would like to discuss privately that may affect your ability to be fair and impartial, please let the Court know now before I give counsel for the parties the opportunity to ask any follow-up questions.

b. Counsel for the United States, do you have any follow-up questions?

c. Counsel for the Defendant, do you have any follow-up questions?

8

## CERTIFICATE OF SERVICE

I certify that on April 3, 2026, I electronically transmitted the foregoing to the Clerk's Office using the Case Management/Electronic Case Filing System ("CM/ECF"), which will automatically serve a copy via email to all CM/ECF registrants pursuant to Fed. R. Crim. P. 49(3)(A), Local Rule (Criminal) 49.3, and Local Rule Civil 5.5(h).

*s/ Bruce R. Van Baren*
U.S. Attorney's Office