TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYMOND K. WOO
Arizona State Bar No. 023050
BRUCE R. VAN BAREN
Illinois State Bar No. 6310375
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raymond.Woo@usdoj.gov
Email: Bruce.Van.Baren@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-25-01411-PHX-MTL (ASB) |
|---|---|
| Plaintiff, | **UNITED STATES OF AMERICA'S NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a)** |
| v. | |
| Marshal Wayne Plummer, | |
| Defendant. | |

Plaintiff United States of America provides this notice to Defendant Marshal Wayne Plummer, pursuant to Local Rule 16.1(a), that it intends to introduce all confessions, admissions, and statements produced in discovery at trial in this matter, including but not limited to the audio recordings of Defendant's interviews (PLUMMER_000577-PLUMMER_000579) and transcript and reports of these interviews (PLUMMER_000268; PLUMMER_000301-PLUMMER_000302;    PLUMMER_000468-PLUMMER_000469; PLUMMER_000487-PLUMMER-0000490; PLUMMER_000531; PLUMMER_000532-PLUMMER_000533; PLUMMER_000564-PLUMMER_000568; PLUMMER_001301-PLUMMER_001303), as well as Defendant's social media posts and messages, internet browser search history, notes, and information extracted from the cellular telephone seized from his bedroom (PLUMMER_000378-PLUMMER_000383; PLUMMER_000492-PLUMMER_000500; PLUMMER_000560-PLUMMER_000561; PLUMMER_000636;

PLUMMER_001239; PLUMMER_001392-PLUMMER_001395; PLUMMER_001397; PLUMMER_001469-PLUMMER_001501). *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 15th day of April 2026,

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Bruce R. Van Baren*
RAYMOND K. WOO
BRUCE R. VAN BAREN
Assistant United States Attorneys

2

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2026, I electronically transmitted the foregoing to the Clerk's Office using the Case Management/Electronic Case Filing System ("CM/ECF"), which will automatically serve a copy via email to all CM/ECF registrants pursuant to Fed. R. Crim. P. 49(3)(A), Local Rule (Criminal) 49.3, and Local Rule Civil 5.5(h).

*s/ Bruce R. Van Baren*
U.S. Attorney's Office