TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYMOND K. WOO
Arizona State Bar No. 023050
BRUCE R. VAN BAREN
Illinois State Bar No. 6310375
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Email: raymond.woo@usdoj.gov
          bruce.van.baren@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>    vs.<br><br>Marshal Wayne Plummer,<br><br>          Defendant. | CR-25-01411-PHX-MTL<br><br>**UNITED STATES' NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY**<br><br>**(Re: JOSHUA B. ARNDT)** |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby gives notice of its intent to call Federal Bureau of Investigation ("FBI") Special Agent ("SA") Joshua B. Arndt to testify about his review of a forensic extraction of Defendant's Apple iPhone XR (Serial Number DX4FH070KXKN and FBI Evidence Log Item 1B1). The United States does not concede that Rules 702, 703 or 705 of the Federal Rules of Evidence apply to SA Arndt as he will not offer an expert opinion at trial. However, the government provides this expert notice in an abundance of caution as SA Arndt's testimony may be based on his specialized knowledge and experience.

I.    <u>**Joshua B. Arndt – Special Agent and Digital Forensic Examiner**</u>

SA Arndt joined the FBI in 2010 and has worked for the FBI's Computer Analysis Response Team ("CART") since November 2022. In this role, SA Arndt has received

extensive professional training regarding the forensic analysis of electronic information, including cellular phone data.  He has completed multiple professional training courses relating to forensics and the analysis of electronic information.  His professional training includes courses that were specifically focused on the analysis of cellular data.  SA Arndt has also obtained numerous professional certifications related to digital forensic exams, including the FBI CART TECH Certification (October 2021), Digital Extraction Technician Certification (November 2021), and Mobile Device Authorization (April 2022).  During his time at CART, SA Arndt has performed search and seizure operations and conducted numerous forensic examinations of digital devices.

SA Arndt has a Master's Degree in Education from Washington State University (2002), and a Bachelor of Science Degree from Washington State University (2000).  His experience, training, and education are further detailed in his curriculum vitae which has been disclosed to Defendant. (PLUMMER_001455-PLUMMER_001457)

SA Arndt will testify about his Report of Examination and attached Cellebrite extraction of Google emails (PLUMMER_00492-PLUMMER_00500), the Cellebrite preliminary device report (PLUMMER_001422-1431), and the Cellebrite extraction of TikTok account data. (PLUMMER_001469-PLUMMER_001500; PLUMMER_001501)

### A.    Expected Testimony

SA Arndt will explain how phones are capable of storing data including but not limited to information about specific files.  Phones contain an operating system and program applications.  These items can store data based on user activity.  For example, a user who uses the Google internet search application can have stored information on what websites or searches they conducted.  A user who registers an email account with a phone application can also have stored emails that were sent or received by the user.

SA Arndt will explain the forensic extraction process of an iPhone.  This includes explaining the programs used in examining Defendant's iPhone XR (Serial Number DX4FH070KXKN, FBI Evidence Log Item 1B1),[1] which included Magnet Graykey,

---

[1] FBI SA Patrick Cullen was the CART SA who created digital data extraction from Defendant's iPhone XR (Serial Number DX4FH070KXKN, FBI Evidence Log Item 1B1).

Cellebrite Physical Analyzer, and Magnet Axiom, and explaining how the iPhone's data is then processed and stored as a result of the examinations.

SA Arndt will testify that Graykey is a computer program used by FBI to extract and preserve data from a mobile phone. In extracting data from a mobile phone, Graykey creates a zip file of the data that can be processed, reviewed, and searched by a separate computer program. The zip file contains the phone's file system, which includes databases, images, and deleted items.

SA Arndt will testify about Cellebrite Physical Analyzer. SA Arndt will explain Cellebrite is a computer program used by FBI to process, review, and search the zip file created by Graykey. Specifically, Cellebrite can process the zip file into a format that can be reviewed and categorize the data—including encrypted or deleted data—into emails, images, chats, call logs, web searches, apple notes, and other categories. After processing the zip file, Cellebrite allows users to search the data by keyword and to filter the information through its dates of creation, modification, and access.

SA Arndt will testify that he used Cellebrite to generate a preliminary device report (PLUMMER_001422-1431) that lists details about the phone. This report includes user identifications found on the phone that were used in its installed applications. SA Arndt will testify that the report reflected the phone contained user and account information for Google accounts "alexarcadian420@gmail.com"; "prepperbeenetwork@gmail.com"; "metaversemarsha@gmail.com"; "cybersurfer79" on X (f/k/a Twitter); Marshal Plummer; Marshal Avila Plummer; and "karma Troll" (user name: "my0theraccount_" and user id of Marsha Avila) on TikTok. SA Arndt will testify that the user and account information was present because either a user had to manually enter it into the phone or had to import it from a previously established Apple or Google profile, which contained saved User IDs and/or passwords, to log into a specific account.

SA Arndt will testify he used Cellebrite to extract a TikTok message chain for

---

SA Cullen is now retired, and his extraction from Defendant's iPhone will be self-authenticating through a Rule 902(14) certification under the Federal Rules of Evidence. (PLUMMER_001418-PLUMMER_001420; PLUMMER_000304-PLUMMER_000305)

account name "karma Troll" (also with user name of "my0theraccount_" and user ID of Marsha Avila).  (PLUMMER_001469-PLUMMER_001500; PLUMMER_001501).  SA Arndt will testify that a chat conversation in the TikTok application on the iPhone XR contained the following messages sent by "karma Troll": "Well, it's official.  I hate Jews." on April 29, 2024 at 10:44 am (UTC); and "I can't wait to gas chamber these mfs." on May 7, 2024 at 12:54 pm (UTC).[2] (PLUMMER_001482-PLUMMER_001483)

SA Arndt will testify about Magnet Axiom.  SA Arndt will explain Axiom is another computer program used to process, review, and search the zip file generated by GrayKey.  Similar to Cellebrite, Axiom can process the zip file into a format that can be reviewed and categorize the data—including encrypted or deleted data—into emails, images, chats, call logs, web searches, apple notes, and other categories.  Axiom can also create a timeline of data transactions (i.e., timing of deletion of files, searches, and the opening and closing applications) to assist a user in their review.  Similar to Cellebrite, Axiom also allows users to search the data by keyword and to filter the information through its dates of creation, modification and access.  SA Arndt will explain how he processed, searched, and sorted Defendant's extracted iPhone data through file dates and search terms.

SA Arndt will testify he used Axiom to retrieve emails—dated May 23, 2024, June 4, 2024, and June 20, 2024—that involved the temporary locking of Defendant's "cybersurfer79" X account for violating X's rules against violent speech. (PLUMMER_000497-PLUMMER_000499.) The emails were retrieved from a Gmail application on the phone.  SA Arndt will explain that a Gmail application was installed onto the iPhone, that a Gmail email account was registered through this application, and the content of emails were saved on the iPhone.   SA Arndt will testify the three emails were listed as "unread" through the Cellebrite report.  SA Arndt will explain that the Cellebrite report was limited to the data extracted from Defendant's phone.

SA Arndt will testify he used Axiom to search for specific terms identified by FBI Agent Holly Schmitt.  SA Arndt may testify he located: "Ashkenazi Jewish" dated

---

[2]  The subscriber information and profile information for this Tik Tok account was disclosed as PLUMMER_001037-PLUMMER_001043.

December 21, 2023 at 3:25 PM (UTC), in Apple Notes; "Jewish synagogue attacked," dated February 23, 2024 at 1:27 AM (UTC), in Google Search – Safari History; "Zionists are children of Satan and therefore incapable of human compassion or speaking any kind of Truth.  They were born to be firewood for hell to keep heaven warm," dated April 18, 2024 at 1:41 PM (UTC), in Apple Notes[3]; "Star of David 666," dated February 1, 2024 at 1:48 PM (UTC) and 2:39 PM (UTC), in Google Search – Safari History; and "The Star of David is an occult symbol of demonic power, at least that's what the wizard told me: https://web.mit.edu/mjperson/Desktop/mjperson/OldFiles/Assassin/Darkness/Books/testament-solomon.txt," dated February 9, 2024 at 12:09 PM (UTC) in Apple Notes.

SA Arndt will testify that Apple Notes is an application that acts as a notepad.  The Apple Notes application allows users to type, save, paste, or copy text.

SA Arndt will testify about the procedures used to ensure that the forensic image and processing reflect accurate copies of the data found on the digital device.  SA Arndt will explain GrayKey creates a set of digital numbers and letters called a "hash value" when extracting phone data into a zip file.  The "hash value" is essentially a digital fingerprint that allows an examiner to confirm that the zip file is unchanged after examination.  SA Arndt will testify he confirmed the hash value of the zip file, created from Defendant's iPhone XR (Serial Number DX4FH070KXKN, FBI Evidence Log Item 1B1), remained the same after he conducted a review of the zip file through Axiom.

**B.     Bases and Reasons**

SA Arndt's opinions are based upon his knowledge, skill, education, training, and experience working in law enforcement and as a digital device examiner.

**C.     Qualifications and Publications**

SA Arndt has not authored any publications within the last ten years.

**D.     Prior Testimony**

SA Arndt testified in *United States v. Myron*, CR-24-08050-PCT-MTL (D. Ariz).

---

[3]  The metadata for the Apple Note was disclosed as PLUMMER_001462.

Respectfully submitted this April 16, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JOSHUA B. ARNDT
FBI Special Agent
Computer Analysis Response Team

RAYMOND K. WOO
BRUCE R. VAN BAREN
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Athena Garnica
*Attorney for Defendant*

*/s Athena Garnica*
U.S. Attorney's Office

-6-